UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL THOMAS HARVEY,<br><br>    Plaintiff,<br><br>    v.<br><br>NEVADA, et al.,<br><br>    Defendants. | No. 2:19-cv-01123-TLN-CKD PS<br><br><br><br>ORDER |

This action was referred to the undersigned pursuant to Local Rule 302(c)(21). Calendared for hearing on November 6, 2019 are the following seven motions: (1) Richard Cornell's Motion to Dismiss (ECF No. 8); (2) Douglas County, Nevada, Bernadette Smith, and James Halsey's Motion to Dismiss (ECF No. 10); (3) Matthew Ence's Motion to Dismiss (ECF No. 6); (4) Lori London's Motion to Dismiss (ECF No. 14); (5) Nevada, Terri Rosier, and Thomas Gregory's (collectively "Nevada") Motion to Dismiss (ECF No. 18); (6) California's Motion to Dismiss (ECF No. 25); and (7) City of South Lake Tahoe, Andrew Eissinger, Jake Herminghaus, and Shannon Laney's (collectively "South Lake Tahoe") Motion to Dismiss (ECF No. 13).

Plaintiff did not file oppositions to California's, Nevada's, or South Lake Tahoe's motions. (ECF Nos. 18, 25, 13.)

Local Rule 230(c) provides that opposition to the granting of a motion must be filed

1

fourteen days preceding the noticed hearing date. The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 230(i) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

The court shall continue the hearing dates for all outstanding Motions to December 4, 2019.

Plaintiff is cautioned that failure to timely file oppositions to the three motions identified above will be deemed a statement of non-opposition to the pending motions and will result in a recommendation that this action be dismissed as to those moving defendants. See Fed. R. Civ. P. 41(b) (providing for dismissal of actions based on lack of prosecution).

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of November 6, 2019 is vacated. Hearing on defendants' motions (ECF Nos. 6, 8, 10, 14, 13, 18, 25) is continued to December 4, 2019 at 10:00 a.m. in courtroom no. 24.

2. Plaintiff shall file an opposition, if any, to the motions identified in this order (ECF Nos. 18, 25, 13) no later than November 20, 2019. Plaintiff is cautioned that failure to file oppositions will be deemed a statement of non-opposition and shall result in submission of the motions on the papers and a recommendation that this action be dismissed as to those moving defendants pursuant to Federal Rule of Civil Procedure 41(b).

3. Reply, if any, shall be filed no later than November 27, 2019.

///
///
///
///
///

4. Defendants' requests to appear telephonically at the November 6, 2019 hearing were granted. Defendants shall be permitted to appear telephonically at the December 4, 2019 hearing following the instructions provided in the court's minute orders granting their requests. (See ECF Nos. 28, 43 ("Counsel is instructed to use the following to connect to the call: 877-848-7030 (phone), 7431521 (access code)".).)

Dated: November 4, 2019

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

15 harvey1123.noopp