UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL THOMAS HARVEY,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF NEVADA, et al.,<br><br>    Defendants. | No. 2:19-cv-01123-TLN-CKD<br><br>**ORDER** |

Plaintiff Daniel Thomas Harvey ("Plaintiff") is proceeding in this action *pro se* and *in forma pauperis*. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 10, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 72.) No objections have been filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

///

1

1    The Court has carefully reviewed the entire file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed November 10, 2020 (ECF No. 72), are ADOPTED IN FULL;

2. Plaintiff's Original Complaint (ECF No. 1) is DISMISSED without prejudice; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

DATED: December 17, 2020

Troy L. Nunley
United States District Judge